UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRADLEY KEITH STUART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-cv-01192-ACL |
| ) | |
| JEFFERSON COUNTY SHERIFF'S ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

On December 10, 2024, the Court ordered Plaintiff Bradley Stuart to either pay the requisite filing fee or submit a fully completed "Application to Proceed in District Court Without Prepaying Fees or Costs" within 30 days. (ECF No. 3). Plaintiff has since filed only the first page of the two-page application. (ECF No. 4). Additionally, plaintiff did not sign the form, in violation of Local Rule 2.01(A)(1), which requires self-represented parties to sign all filings. For these reasons, the Court will deny plaintiff's application. However, in consideration of plaintiff's self-represented status, the Court will grant him 21 days to file a renewed and fully completed "Application to Proceed in District Court Without Prepaying Fees or Costs."

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 4) is **DENIED**.

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to plaintiff a copy of the Court's "Application to Proceed in District Court Without Prepaying Fees or Costs" form (MOED-0046).

**IT IS FURTHER ORDERED** that, **within 21 days** of the date of this order, plaintiff shall file a fully completed and signed "Application to Proceed in District Court Without Prepaying Fees or Costs." Failure to comply with this order will result in the dismissal of this action without prejudice and without further notice to plaintiff.

Dated this 24th day of January, 2025.

*/s/  Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE